IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:08cr16-SPM

JENRY DELGADO,

       Defendant.
_____/

### ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Unopposed Motion for Continuance (doc. 27) is granted. The sentencing hearing is reset for 1:30 p.m. on November 17, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 8th day of September, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge